IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTON KELLOGG,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-372-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Walton Kellogg reversing and remanding the decision of defendant Michael J. Astrue, Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) for further proceedings.

_____    _____
Peter Oppeneer, Clerk of Court         1/3/12 Date