IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTON KELLOGG,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-372-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiff Walton Kellogg's request under the Equal Access to Justice Act for an award of attorney fees and costs in the total amount of $11,302.50.


_Peter Oppeneer_          6/5/2012
Peter Oppeneer, Clerk of Court      Date